**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re:                                          Case No. 19-00499-JMC-7

Amal Naguib Tawfeek Morcos
                                                Chapter 7

Debtor(s).                                      Judge James M. Carr

---

### NOTICE OF APPEARANCE

---

        Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S.

Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of Home

Point Financial Corporation, in the above captioned proceedings.

                        Respectfully Submitted,

                        /s/ Molly Slutsky Simons
                        Molly Slutsky Simons (OH 0083702)
                        Sottile & Barile, Attorneys at Law
                        P.O. Box 476
                        Loveland, OH 45140
                        Phone: 513.444.4100
                        Email: bankruptcy@sottileandbarile.com
                        Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 5, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

      Dana L. Oglesby, Debtor's Counsel
      court@indybankruptcylaw.com

      Gregory K. Silver, Trustee
      trusteegksilver@yahoo.com

      Office of the U.S. Trustee
      ustpregion10.in.ecf@usdoj.gov

I further certify that on February 5, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

      Amal Naguib Tawfeek Morcos, Debtor
      10799 Bunker Hill Drive
      Carmel, IN 46032

                              /s/ Molly Slutsky Simons
                              Molly Slutsky Simons (OH 0083702)
                              Attorney for Creditor